IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 23-cv-01196<br><br>**Judge John F. Kness**<br><br>**Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Harley-Davidson Motor Company, Inc. ("Harley-Davidson" or "Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and Seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| daychaty | 29 |
| vbeca | 54 |

Dated this 18th day of May 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Attorneys for Plaintiff* Harley-Davidson Motor Company, Inc.