IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-01196 <br><br> **Judge John F. Kness** <br><br> **Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Harley-Davidson Motor Company, Inc. ("Harley-Davidson" or "Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and Seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Vcerjo | 55 |
| jonnaean Store | 62 |
| autoooparts | 67 |
| Berliii | 68 |
| yibei-tech | 70 |

Dated this 25th day of May 2023.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Attorneys for Plaintiff* Harley-Davidson Motor Company, Inc.